RECEIVED IN
The Court of Appeals
Sixth District

APR 1 5 2015

Texarkana, Texas
Debra Autrey, Clerk

APP. # 06-15-00056-CR

T. Ct. # 5629-C

COLLINS, PRO SE                    §        SIXTH COURT OF APPEALS

                                   §        TEXARKANA

V.                                 §        CHIEF JUSTICE MORRISS III

TEXAS                              §        JUSTICE'S BAILEY AND MOSELEY

                                   §

                                   §

FILED IN
The Court of Appeals
Sixth District

APR 1 5 2015

Texarkana, Texas
Debra K. Autrey, Clerk

MOTION TO SUBSTITUE FILING OF FORM "CHALLENGE OF
CONSTITUTIONALITY OF STATE STATUTE"

NO.06-15-00056-CR

TO THE HONORABLE JUSTICE'S OF SIXTH COURT OF APPEALS.

Appellant would assert as a lay man Pro Se to ask mercy of not having

excess to website in prison. Nor does appellant have time through other means

to aquire Form in Question: By 4.21.15 as noted by clerk as too deadline.

This motion of substitution has been sent and filed with letter of Request

For Proper Form and a additional 10 days to file Proper Form and return to clerk

for filing, May 1st, 2015 so as to render defendant's Appeal 'valid'.

STATEMENT OF ISSUES

Appellant would ask mercy be granted by the Justices of this Court.

Appellant's Notice of this issue post marked April 6th, 2015 not received

until April 10th, 2015 (a Friday) due April 21, 2015 has no means by which to

receive a copy via Courts website.

STATEMENT OF ISSUES FOR NON-COMPLIANCE

Appellant in good faith made a attempt to go to prison law library on April 11, 2015. Supervisor Ms. James was not on duty. Co-worker; CO Wilson when asked about this clearly stated she wouldn't do it; she could not download from 6th Court of Appeals website, only 5th Circuit. Appellant suggested check for form there. She "stated "no", to get out"; "use the mail."

Appellant will attempt to speak with Supervisor Ms. James on April 14th, 2015 when she is back to work, and any other means I can try to get Form before April 21st, 2015.

In closing, Appellant would ask the Justices of this Court In The Name Of Fairness give appellant time to, if by no other means be allowed time to receive this Form from the Clerk and return in a timely manner via U.S. Mail/Prison Mail, or Notice that Court will allow this Motion to stand as a "Challenge To Constitutionality Of State Statute". Appeal Brief is ready to file.

PRAYER

Under DURESS Pro Se Collins pleads his request to be heard in this Court as my Appeal clearly shows questionable issues. AMEN.

LORD OF HOST BE WITH THIS GREAT COURT

Billy Max Collins    4-13-15

Billy Max Collins, Pro Se
TDCJ-ID # 1884849
1300 FM 655
Rosharon, Texas 77583